IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

| | |
|---|---|
| THE SATANIC TEMPLE, INC., and ANN DOE<br><br>*Plaintiffs-Appellants*,<br><br>*versus*<br><br>TEXAS HEALTH AND HUMAN SERVICES COMMISSION, and<br><br>CECILE YOUNG, in her official capacity<br><br>*Defendants-Appellees.* | CASE NO. 23-20329<br><br>MOTION TO DISMISS APPEAL |

COME NOW Plaintiffs-Appellants The Satanic Temple, Inc., and Ann Doe, who move to dismiss this appeal pursuant to FRAP 42(b)(1) and Fifth Circuit Rule 42.1.

1. The below case was dismissed without prejudice.

2. Appellants desire to avail themselves of the right to replead.

3. Appellees do not oppose this motion.

WHEREFORE the Court should dismiss this appeal, with costs assessed against the Appellants.

Respectfully submitted,



| | |
|---|---|
| **Matt Kezhaya** | matt@crown.law |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

150 S. Fifth St., Suite 1850, Minneapolis, MN 55402

## CERTIFICATE OF SERVICE

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on September 5, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of FRAP 27(d)(2)(A) (5,200 word limit) because this motion contains **64** words, excluding the parts of the motion exempted by FRAP 27(a)(2)(B). This motion complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6) because this motion has been prepared in a proportionally spaced typeface, Calisto MT, in sized 14pt font using MS Office 365. This motion has been scanned for viruses and is virus-free.

*s/ Matt Kezhaya*