# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 07, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20329    Satanic Temple v. Young
                           USDC No. 4:21-CV-387

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Dantrell L. Johnson, Deputy Clerk
                           504-310-7689

cc w/encl:
    Ms. Heather Lee Dyer
    Mr. Christopher D. Hilton
    Mr. Ryan Glen Kercher
    Mr. Matt Kezhaya
    Mr. Joseph N. Mazzara