# United States Court of Appeals
## for the Fifth Circuit

_____

No. 23-20329

_____

A True Copy
Certified order issued Sep 07, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

The Satanic Temple, Incorporated; Ann Doe,

    *Plaintiffs—Appellants,*

versus

Cecile Young,

    *Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-387

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of September 07, 2023, pursuant to Appellants' unopposed motion.

No. 23-20329

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT